IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRIS ANN JAYE,

   *Plaintiff*,

v.                                   Case No.: 1:22cv113-MW/GRJ

UNITED STATES OF AMERICA,
et al.,

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Since the Magistrate Judge entered the Report and Recommendation, Plaintiff has filed both a motion and a notice, but has not filed objections. Upon this Court's independent review,

**IT IS ORDERED**:

1. The report and recommendation is **accepted and adopted** as this Court's opinion.

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice** as malicious and frivolous.

3. The Clerk is ordered to **TERMINATE** Plaintiff's Emergent Motion for Writ to Enjoin State, and County Actors and Stay All State Actions Per the All Writs Acts, ECF No. 3.

4. The Clerk shall also close the file.

**SO ORDERED on June 27, 2022.**

s/Mark E. Walker  
**Chief United States District Judge**
